No. 94–808. SMITH *v.* KELLY, AKA SIRBELLO, ET AL. C. A. 6th Cir. Certiorari denied. 

No. 94–809. TENNESSEE STUDENT ASSISTANCE CORPORATION *v.* CHEESMAN ET AL. C. A. 6th Cir. Certiorari denied. ██ 

No. 94–817. HARRIS COUNTY SHERIFF'S DEPARTMENT CIVIL SERVICE COMMISSIONERS ET AL. *v.* STEVERSON. C. A. 5th Cir. Certiorari denied. 

No. 94–819. TASSIO *v.* SOPER ET AL. C. A. 5th Cir. Certiorari denied. 

No. 94–821. GIBBONS *v.* TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied. 

No. 94–823. NELSON *v.* VIRGINIA. Ct. App. Va. Certiorari denied.

No. 94–824. CROSBY *v.* HAWAII ET AL. Sup. Ct. Haw. Certiorari denied. 

No. 94–825. BRANDON *v.* TRAVELERS INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari denied. 

No. 94–826. JOHNSON & HIGGINS OF CALIFORNIA ET AL. *v.* STEINER CORP. C. A. 10th Cir. Certiorari denied. 

No. 94–828. CALIFORNIA DEPARTMENT OF CORRECTIONS ET AL. *v.* MOYO. C. A. 9th Cir. Certiorari denied. 

No. 94–832. WIERBICKI *v.* NORFOLK SOUTHERN CORP. C. A. 11th Cir. Certiorari denied. 

No. 94–836. ALEXANDER *v.* PATTERSON ET AL. C. A. 6th Cir. Certiorari denied. 

No. 94–837. DENNIS *v.* DENNIS. C. A. 5th Cir. Certiorari denied. 

No. 94–840. ALARID ET AL. *v.* SECRETARY, NEW MEXICO DEPARTMENT OF TAXATION AND REVENUE. Ct. App. N. M. Certiorari denied.